**STATEMENT OF FACTS**

On December 17, 2004, at about 7:18 a.m., sworn officers with the Metropolitan Police Department's Fourth District executed a D.C. Superior Court search warrant at xxxx Xxxxxx Xxxxx, X.X., Washington, D.C. Recovered from the bedroom belonging to the defendant, Morton Wells, was a loaded Star 9mm handgun, court papers and a social security card in the defendant's name, six clear ziplock bags containing a green leafy substance, thirteen ziplock bags containing a white rock-like substance, an electronic scale, and $200.00 in U.S. Currency. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine, and a portion of the green leafy substance field tested positive for THC. The amount of ziplocks and packaging commonly indicates that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant. Police also seized additional suspected narcotics from the downstairs hall closet. The defendant was not present at the time of the search warrant. The undersigned officer saw the numerous court papers, dmv papers, and personal papers in the defendants name, and this is how he determined that this was the defendant's room. Before the execution of the search warrant, the defendant repeatedly had told police verbally that he lived at the house at xxxx Xxxxxx Xxxxx, X.X., Washington, D.C. Based on the items recovered, on December 20, 2005, a D.C. Superior Court arrest warrant was issued for the defendant.

On June 30, 2005, at about 11:30, sworn officers with the Metropolitan Police Department's Fourth District received a radio run for a Burglary I at the defendant's girlfriend's house. During the course of the officers investigation, officers saw the defendant, and after running a WALES check officers learned that the defendant had an outstanding D.C. Superior Court arrest warrant. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Morton Wells has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F0912-98 and F5529-98. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Star 9mm handguns nor ammunition manufactured in the District of Columbia.

_____
OFFICER SCOTT PINTO
FOURTH DISTRICT, MPD

Sworn and subscribed before me on this \_\_\_\_ day of June, 2005.

_____
U. S. MAGISTRATE JUDGE